NOSSAMAN LLP
BYRON P. GEE (SBN 190919)
bgee@nossaman.com
JOHN J. FLYNN III (SBN 76419)
jflynn@nossaman.com
HUBERT T. LEE (SBN 297548)
hlee@nossaman.com
777 So. Figueroa St., 34th Floor
Los Angeles, CA 90017
Telephone:   213.612.7800
Facsimile:   213.612.7801

Attorneys for Defendant
TROJAN BATTERY COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, a public benefit citizen association,<br><br>Plaintiff,<br><br>vs.<br><br>TROJAN BATTERY COMPANY, a Delaware-based limited liability Company,<br><br>Defendant. | Case No: 18-cv-02189 -SVW (FFM)<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT**<br><br>The Honorable Stephen V. Wilson |

1

56806860.v1

1 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE THAT, concurrently herewith, defendant Trojan Battery Company, LLC ("Trojan") has lodged with the Court a proposed judgment and requests that judgment be entered thereon.

5 On December 28, 2018, after holding a bench trial in the above captioned matter, the Court issued an order (Dkt. no. 108) dismissing all of plaintiff California Communities Against Toxic's ("CCAT") claims for failing to establish Article III standing, thereby denying all of CCAT's requested relief.

9 Federal Rule of Civil Procedure 58(a)(1) states that the final judgment reflected in the Court's December 28, 2018 Order, "must be set out in a separate document."

12 Federal Rule of Civil Procedure 58(d) provides that "[a] party may request that judgment be set forth on a separate document as required by Rule 58(a)(1)." Fed. R. Civ. P. 58(d).

15 Accordingly, Trojan has lodged herewith a proposed judgment.

Respectfully submitted:

Dated: January 8, 2019        NOSSAMAN LLP

By:   /s/ Byron P. Gee
Byron P. Gee
John J. Flynn
Hubert T. Lee
Attorneys for Defendant
TROJAN BATTERY COMPANY, INC.

2

**PROOF OF SERVICE**

The undersigned declares:

I am employed in the District of Columbia.  I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 1666 K St. NW Suite 500 Washington, DC 20006.

On January 8, 2019, I served the foregoing **NOTICE OF LODGING OF PROPOSED JUDGMENT**

on parties to the within action as follows:

**See Attached Service List**

☐   (By U.S. Mail)  On the same date, at my said place of business, Copy enclosed in a sealed envelope, addressed as shown on the attached service list  was placed for collection and mailing following the usual business practice of my said employer.  I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at Irvine, California.

☐   (By Overnight Service)  I served a true and correct copy by overnight delivery service for delivery on the next business day.  Each copy was enclosed in an envelope or package designated by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for; addressed as shown on the accompanying service list.

☑   (By Electronic Service CM/ECF) by filing the above-titled document on CM/ECF, a true and correct copy of the above-titled document was served through the Notice of Electronic Filing that is automatically generated by the Court's Electronic Filing System; this constitutes service of the filed document on Filing Users in accordance with Local Rule 5.4(c).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 8, 2019,

_____
Hubert T. Lee

**SERVICE LIST**

Jesse C. Swanhuyser, Esq.
ANACAPA LAW GROUP, INC.
508 East Haley Street
Santa Barbara, CA 93103
Tel. (805) 689-1469
Email: jswanhuyser@alg.law

Antonio K. Kizzie
IVIE, MCNEILL & WYATT
444 S Flower St 18th Fl, Ste 1800
Los Angeles, CA 90071
Tel. (213) 489-0028
Email: akizzie@imwlaw.com

*Attorneys for Plaintiff California Communities Against Toxics*

PROOF OF SERVICE